■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEZ GOMEZ, Also Known as ALEX GOMEZ, Appellant. [862 NYS2d 799]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 18, 2007 (*People v Gomez,* 46 AD3d 836 [2007]), affirming a judgment of the Supreme Court, Queens County, rendered February 15, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Ritter, J.P., Florio, McCarthy and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. JANITZ, Appellant. [862 NYS2d 800]—Appeal by the defendant from a judgment of the County Court, Orange County (Neary, J.), rendered January 5, 2007, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Skelos, J.P., Santucci, Covello, McCarthy and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIUS LEE, Appellant. [862 NYS2d 800]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 9, 2001 (*People v Lee,* 285 AD2d 518 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered December 9, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Spolzino, Skelos and Ritter, JJ., concur.